UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 03-00839 CJC (MLGx)          Date: June 2, 2003

Title: <u>SIRIUS INTERNATIONAL INS. CO. v. JOHN LAING HOMES, et al.</u>

| DOCKET ENTRY: | NOTICE OF PERMANENT CHANGE IN COURT'S LOCATION |
|---|---|

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Cynthia Salyer</u>          <u>N/A</u>
Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present          None Present

**PROCEEDINGS: (IN CHAMBERS)**

     Effective **June 30, 2003,** Judge Cormac J. Carney and his judicial staff will be permanently located at the United States District Court - Santa Ana, 411 West Fourth Street, Santa Ana, CA, 92701. Counsel are encouraged to review the Central Districts's Website "http://www.cacd.uscourts.gov" for additional information.

     Commencing June 23, 2003, all subsequent pleadings **must** be filed in Santa Ana.

     All hearings and other court appearances previously scheduled to take place after June 30, 2003, will be held in Courtroom 9B in Santa Ana at the designated date and time.

cc: All Parties of Record

MINUTES FORM 11
CIVIL-GEN          Initials of Deputy Clerk lcs



ENTER ON ICMS

JUN -3 2003