# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Taylor__

From: __Ed Gambriano__, Deputy Clerk    Date Received: __9/2/03__

Case No.: __SACV03-939 GLT (AN)__ Case Title: __Sirius v. John Laing Homes__

Document Entitled: _____

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1  Document not legible
☐ Local Rule 11-3.8  Lacking name, address, phone number
☐ Local Rule 11-4.1  No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5  No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☒ FRCvP Rule 5(d)    No proof of service attached to document(s)
☐ Other: _____

**FILED SEP - 4 2003**
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

*Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.*

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                     U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__9/4/03__                 __[signed] G. L. Taylor__
Date                        U.S. District Judge / U.S. Magistrate Judge

ENTERED ON CMS/L. TAYLOR

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)    NOTICE OF DOCUMENT DISCREPANCIES SEP - 4 2003    *U.S. GPO: 2003-578-839/70059